IN RE RESIGNATION OF GROSS.

[Cite as *In re Resignation of Gross* (1995), 72 Ohio St.3d 1215.]

(No. 95–1028—Submitted June 7, 1995—Decided June 8, 1995.)

The resignation as an attorney of Alden Edgar Gross III of Toledo, Ohio, Attorney Registration No. 0006253, is accepted.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.